IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES FERRERAS,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | **NO. 11-7136** |
| **v.** | : | |
| | : | |
| **STEVEN A. GLUNT, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY OF** | : | |
| **PHILADELPHIA, and THE ATTORNEY** | : | |
| **GENERAL OF THE STATE OF** | : | |
| **PENNSYLVANIA,** | : | |
| **Respondents.** | : | |

**O R D E R**

**AND NOW,** this 19th day of July, 2012, upon consideration of the Petition for Writ of *Habeas Corpus* and supporting documents (Document No. 1, filed November 15, 2011), Response to Petition for Writ of *Habeas Corpus* (Document No. 8, filed February 29, 2012), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated May 10, 2012, and Petitioner's Written Objections to United States Magistrate Judge's Report and Recommendation (Document No. 11, filed June 7, 2012), **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated May 10, 2012 is **APPROVED AND ADOPTED**;

2. Petitioner's Written Objections to United States Magistrate Judge's Report and Recommendation are **OVERRULED** for the reasons set forth in the Report and Recommendation;

3. The Petition for Writ of *Habeas Corpus* filed by petitioner, Charles Ferreras, is **DENIED WITH PREJUDICE**; and,

4. A certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/ Jan E. DuBois, J.**

**JAN E. DUBOIS, J.**